IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAWN B. MANTANI,
    Plaintiff,

v.                                               CV 12-701 CG/RHS

PORTFOLIO RECOVERY ASSOCIATES, LLC,
GUGLIEMLMO & ASSOCIATES PLLC, and
PAUL D. GUGLIELMO,
    Defendants.

## JUDGMENT

Pursuant to the *Order Granting Summary Judgment*, (Doc. 70), entered concurrently herewith, the Court enters Judgment pursuant to FED. R. CIV. P. 58, **GRANTING** *Defendants' Motion for Summary Judgment*, (Doc. 29), and dismissing all of Plaintiff's claims.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE